**Frank Sindelar, administrator of the estate of Henry Sindelar, deceased, appellee, v. The Baltimore & Ohio Chicago Terminal Railroad Company, appellant. Gen. No. 28,407.**

Action for damages for death of person riding in automobile, struck by defendant's train. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 17, 1924. Rehearing denied March 31, 1924.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. Finn & Miller, for appellee; Edward J. Bohac, of counsel.

Mr. Justice Johnston delivered the opinion of the court.